## CRIMINAL PROCEEDINGS - Change of Plea
### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: Candy W. Dale                     Date: July 10, 2018
Courtroom Deputy/ESR: Amy Tate           Time: 10:56-11:40 AM
                                         Location: Boise, ID

### UNITED STATES OF AMERICA vs. ROBERT WALLIN
### Case No.: 1:18-cr-00113-BLW

Counsel for United States: AUSA Joshua Hurwit
Counsel for Defendant: Dartanyon Burrows, CJA (previously appointed)
Interpreter: N/A

Defendant placed under oath.
☒Waiver of Right to District Judge executed.
Defendant found competent to enter a knowing and voluntary plea.
Defendant is satisfied with representation of counsel.
Government stated for the record the elements and evidence of the charge(s).
Defendant advised of the sentencing guidelines and maximum penalties.
Defendant's Constitutional Rights explained.
Defendant agrees with the elements of the charge(s) as stated by the Government.
Plea Agreement discussed and Defendant understands the terms of the agreement.
Defendant and counsel advised the change of plea is voluntary, all potential defenses
have been discussed and Defendant fully understand the rights which are being waived.
Defendant entered a plea of guilty to Count(s) 8 of the Indictment.
Plea accepted by the Court.
**Sentencing set before Judge B. Lynn Winmill: October 9, 2018 at 2:30 PM**
Court ordered a presentence investigation report.
    Original report to Counsel:   August 28, 2018
    Notification of Objections: September 11, 2018
    Final Report Due: September 25, 2018
☒Report and Recommendation shall be entered recommending: dismissal of Count 9 at
time of Sentencing.
Oral argument heard regarding exceptional circumstances for continued release.
Defendant's custody status remains as previously ordered. Defendant is directed to self-
report, per direction of the USMS, within 21 days or no later than 7 days following
acceptance of guilty plea by Judge Winmill.

Any motions for departure, sentencing memorandums or letters in support must be filed
seven (7) days prior to the sentencing hearing. Sentencing hearing is scheduled for 1 hour.